No. 76–6447. DAWSON *v.* REVERCOMB, JUDGE, ET AL. Ct. App. D. C. Certiorari denied.

No. 76–6449. HOOPER *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 76–6451. THOMPSON *v.* PENNSYLVANIA ET AL. C. A. 3d Cir. Certiorari denied.

No. 76–6453. HENSLEY *v.* ROSE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 76–6454. GLOVER *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 76–6457. MILLS *v.* STATE BOARD OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.

No. 76–6461. ALO *v.* HAWAII. Sup. Ct. Hawaii. Certiorari denied.

No. 76–6469. LEE *v.* DAVIS, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 76–6472. SOLIS *v.* ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 76–6478. HINES *v.* CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 76–6488. HARTSOCK *v.* BORDENKIRCHER, PENITENTIARY SUPERINTENDENT. C. A. 6th Cir. Certiorari denied.

No. 76–6493. HUDSON ET AL. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 76–6502. ANDERSON ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 76–6503. BERTOLINI *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.